UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

James C. Ford and,  Case No. 09-52861-MBM
Kristie Sapikowski,  Chapter 7
  Hon. Marci B. McIvor
      Debtors.
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The enclosed check in the amount of $6.74 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 17 | Recovery Management Systems Corp.<br>For GE Money Bank<br>dba American Eagle<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $2.68 |
| 19 | Recovery Management Systems Corp.<br>For GE Money Bank<br>dba JCPenney Credit<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $4.06 |
| | **Total:** | **$6.74** |

Dated: May 4, 2010

    /s/ Mark H. Shapiro (P43134)
    Trustee
    25925 Telegraph Road
    Suite 203
    Southfield, MI 48033
    (248) 352-4700
    shapiro@steinbergshapiro.com